CRIMINAL CAUSE FOR SENTENCING        (Time on bench  1:30)

Before: Seybert, J.            Date: 4/27/2012  Time: 2:30

FILED
U S DISTRICT COURT E.D N Y
★ APR 27 2012 ★
LONG ISLAND OFFICE

DOCKET NUMBER: CR 02-1188        TITLE: USA-V-BUSTAMANTE

DEFT NAME: JHONNY CANO CORREA                      DEFT: #5
  X PRESENT  ___ NOT PRESENT  X IN CUSTODY  ___ ON BAIL

  ATTY. FOR DEFT.: CHARLES ROSS                     C.J.A.
                X PRESENT      NOT PRESENT    X RET

A.U.S.A.    ALLEN BODE                   DEPUTY CLERK: CHARLES BARAN

U.S.P.O.: H. Kaplan

INTERPRETER: MAYA GRAY

Court Reporter: H. Rapaport

  X   Case called for sentence.  Counsel for all sides present.

  X   Statements of defendant and counsel heard.

 ___  Defendant objections to the PSR are noted.

 ___  Rulings re: Guidelines are entered on the record.

 ___  PSR adopted.

  X   PSR adopted, as amended.

 ___  Guidelines are adopted.

  X   Guidelines adopted, as amended.

  X   The defendant is sentenced as follows:

  X   The defendant is sentenced to a period of imprisonment of
      180 months on Count 4ss of Superseding Indictment (S-3), NOT
      to be followed by a period of supervised release.

 ___  The defendant shall be fined the sum of $          .

  X   The fine shall be waived due to the defendant's inability to
      pay such a fine.

__X__   Special assessment of $100 is imposed on each count for a total assessment of     100.00  .

____   The defendant's motion for a downward departure of the Guidelines is hereby:

____   Decision entered on the record.

__X__   On motion of the AUSA the remaining counts of the indictments are hereby dismissed.

__X__   The defendant is advised of his right to appeal or the lack thereof.

The defendant __X__ remains in custody.     ____remains on bail.
        ____is remanded.       ____shall surrender on __/__/2012.